**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT POLICKY, | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 C 6556 |
| v. | ) | |
| | ) | Judge Der-Yeghiayan |
| CITY OF CHICAGO, et al., | ) | |
| | ) | Magistrate Judge Schenkier |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT**

Defendant City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation Counsel, moves this court for an extension of time to answer or otherwise plead in response to Plaintiff's complaint until January 11, 2008, and in support states:

1. Plaintiff filed his two-count complaint on November 20, 2007. The complaint alleges a federal claim under 42 U.S.C. § 1983 against unnamed Chicago Police Officers and an Illinois state law claim for statutory indemnification against the City.

2. Plaintiff's complaint and summons were served on the City on or about November 21, 2007.

3. Counsel for the City received the complaint on December 11, 2007, the day the City was due to answer or plead in response to Plaintiff's complaint. However, the City is still in the process of investigating all of the allegations in the complaint and gathering and examining the pertinent records.

4. Therefore, the City requests until January 11, 2008, to answer or otherwise plead in response to the complaint.

1

5.  Plaintiff's counsel has agreed to the extension of time requested herein, and therefore will not be prejudiced by this short delay.

6.  As far as can be determined, this motion will not unduly burden the court's management schedule.

7.  This request is made not to delay the proceedings, but rather to allow the City to respond properly to the allegations in Plaintiffs' complaint.

WHEREFORE, Defendant City requests this court to enter an order granting an extension to January 11, 2008, to answer or otherwise plead in response to Plaintiff's complaint.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel of the City of Chicago

By:      **/s/ *Megan K. McGrath***
Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois  60602
(312) 742-3541
Attorney No. 06288408

2