IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT POLICKY, | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 C 6556 |
| v. | ) | |
| | ) | Judge Der-Yeghiayan |
| CITY OF CHICAGO, et al., | ) | |
| | ) | Magistrate Judge Schenkier |
| Defendants. | ) | |

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

**TO**:   Kevin Peters, Thomas Peters
Peters & Peters
407 South Dearborn, Suite 1675
Chicago, Illinois 60605

**PLEASE TAKE NOTICE** that on December 12, 2007, I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, this **AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO THE PLAINTIFF'S COMPLAINT,** a copy of which is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that on **December 19, 2007 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Der-Yeghiayan, or any judge sitting in his stead, in the courtroom occupied by him at 219 S. Dearborn Street, Chicago, Illinois, and then and there shall present the attached motion.

I hereby certify that I have served this notice and the attached document by electronic means to the person named above this 12th day of December, 2007.

By: **/s/ *Megan K. McGrath***
Megan K. McGrath
Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 742-3541
Attorney No. 06288408