**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Robert Policky
                                Plaintiff,

v.                                                  Case No.: 1:07−cv−06556
                                                        Honorable Samuel Der−Yeghiayan

Unknown Chicago Police Officers, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 18, 2007:

      MINUTE entry before Judge Samuel Der−Yeghiayan : Defendant City of Chicago's agreed motion for extension of time to answer or otherwise plead [9] is granted to and including 01/11/08. Initial status hearing set for 01/22/08 to stand. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.