# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of | Case    07 C 6556 |
| ROBERT POLICKY, | Judge Der-Yeghiayan |
| | Magistrate Judge Ashman |
| v. | |
| UNKNOWN CHICAGO POLICE OFFICERS and THE CITY OF CHICAGO. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THE CITY OF CHICAGO, ON BEHALF OF DEFENDANT UNKNOWN CITY OF CHICAGO POLICE OFFICERS

| |
|---|
| NAME (Type or print)<br>JOSEPH F. GRAHAM |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Joseph F. Graham |
| FIRM Corporation Counsel |
| STREET ADDRESS 30 N. LaSalle Street Suite 1020 |
| CITY/STATE/ZIP Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06256023 | TELEPHONE NUMBER<br>(312) 744-5126 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |