IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT POLICKY, | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 C 6556 |
| v. | ) | |
| | ) | Judge Der-Yeghiayan |
| CITY OF CHICAGO, et al., | ) | |
| | ) | Magistrate Judge Schenkier |
| Defendants. | ) | |

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

**TO**:   Kevin Peters, Thomas Peters
Peters & Peters
407 South Dearborn, Suite 1675
Chicago, Illinois 60605

**PLEASE TAKE NOTICE** that on January 11, 2008, I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT,** a copy of which is attached hereto.

I hereby certify that I have served this notice and the attached document by electronic means to the persons named above this 11th day of January, 2008.

By: **/s/ *Megan K. McGrath***
Megan K. McGrath
Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois  60602
(312) 742-3541
Attorney No. 06288408