IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | |
|---|---|
| ROBERT POLICKY, | ) |
|    Plaintiffs, | ) |
| | ) |
|    v. | ) No. 07 C 6556 |
| | ) |
| UNKNOWN CHICAGO POLICE | ) |
| OFFICERS, and THE CITY OF CHICAGO, | ) |
|    Defendants. | ) |

_____

## AFFIDAVIT

   I, Kevin Peters, state that the statements made in the Joint Jurisdiction Statement as to Venue are true and accurate.

   Further affiant sayeth not.

 

S/ Kevin Peters
Kevin Peters
Attorney for Robert Policky
407 S. Dearborn
Suite 1675
Chicago, Illinois 60605