IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT POLICKY,<br>     Plaintiffs,<br><br>     v.<br><br>UNKNOWN CHICAGO POLICE<br>OFFICERS, and THE CITY OF CHICAGO,<br>     Defendants. | )<br>)<br>)<br>) No. 07 C 6556<br>)<br>)<br>)<br>) |

**JOINT JURISDICTION STATEMENT**

I. <u>Subject Matter Jurisdiction</u>

Jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a) as well as supplemental jurisdiction based on 28 U.S.C. 1367(a).

II. <u>Venue</u>

This is an appropriate venue because all of the alleged acts occurred in Chicago, Illinois, Northern District of Illinois. All of the acts occurred on July 20, 2007.

Respectfully Submitted,

S/ Kevin Peters
THOMAS PETERS
KEVIN PETERS
Attorneys for Plaintiff
407 S. Dearborn, Suite 1675
Chicago, Illinois 60605
312-697-0022