**IN THE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

_____
_____

| | |
|---|---|
| **ROBERT POLICKY,** | ) |
|     **Plaintiffs,** | ) |
| | ) |
|     **v.** | ) **No. 07 C 6556** |
| | ) |
| **UNKNOWN CHICAGO POLICE** | ) |
| **OFFICERS, and THE CITY OF CHICAGO,)** | |
|     **Defendants.** | ) |

_____
_____

**INITIAL STATUS REPORT**

    1.  Nature of Claims:  Plaintiff alleges the use of excessive force

during an illegal stop and search.

    2.  Relief sought by Plaintiff: Monetary recovery the use of excessive force.

The complaint also requests punitive damages for the above allegation.

    3.  No officers have yet to be identified.  Both sides are working together in an

effort to identify the unknown officers.

    4.  Principal legal issues:

        Whether the individuals who allegedly used excessive force on plaintiff

were on duty Chicago Police officers.  In the event they were, whether those officers used

excessive force.

    5.  Principal factual issues:

Whether the individuals who allegedly used excessive force on the plaintiff were on duty Chicago Police officers.  In the event they were, whether those officers used excessive force.

6.  No pending motions.

7.  No discovery requested or exchanged.  However both sides are attempting to identify the unknown officers.

8.  Agreed dates: No dates have been agreed upon as identification of the unknown officers will take some time.

9.  No trial date.

10.  Length of trial: Best estimate less than 5 days.

11.  Jury trial requested by all parties

12.  Plaintiff has not made a demand but will do so as soon as the "unknown officers" are identified.

13.  The parties do not unanimously consent to proceed before a Magistrate Judge.


S/ Joseph F. Graham
Joseph F. Graham
Attorney for Defendant City of Chicago


S/ Kevin Peters
Kevin Peters
Attorney for Robert Policky
407 S. Dearborn
Suite 1675
Chicago, Illinois 60605