**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Robert Policky
                                       Plaintiff,

v.                                                                    Case No.: 1:07−cv−06556
                                                                   Honorable Samuel Der−Yeghiayan

Unknown Chicago Police Officers, et al.
                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 22, 2008:

      MINUTE entry before Judge Samuel Der−Yeghiayan : Status hearing held and continued to 04/02/08 at 9:00 a.m. As stated on the record, Plaintiff will attempt to name the unknown officers. Plaintiff is given leave to file an amended complaint once the plaintiff identifies the unknown officers. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.