**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Robert Policky

                          Plaintiff,

v.                                              Case No.: 1:07–cv–06556
                                             Honorable Samuel Der–Yeghiayan

Unknown Chicago Police Officers, et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 2, 2008:

      MINUTE entry before Judge Honorable Samuel Der–Yeghiayan: Status hearing held and continued to 06/04/08 at 9:00 a.m. Plaintiff's oral motion for extension of time to discover names of Unknown Officers is granted. Plaintiff is given 60 days to discover unknown officers and Plaintiff is further given leave leave to file an amended complaint if Unknown Officers are identified within 60 days. Plaintiff is warned that failure to identify the Unknown Officers within 60 days, Defendant Unknown Officers will be dismissed. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.