# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Robert Policky

Plaintiff,

v.

Case No.: 1:07–cv–06556
Honorable Samuel Der–Yeghiayan

Unknown Chicago Police Officers, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 30, 2008:

   MINUTE entry before the Honorable Samuel Der–Yeghiayan: Counsel for Plaintiff advised this Court's Courtroom Deputy that the parties have reached a settlement in principle and are finalizing settlement documents. Based on Plaintiff's counsel's representations, status hearing reset to 06/18/08 at 9:00 a.m. Status hearing set for 06/04/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.