UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Robert Policky
                                    Plaintiff,

v.                                  Case No.: 1:07−cv−06556
                                    Honorable Samuel Der−Yeghiayan

Unknown Chicago Police Officers, et al.
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

MINUTE entry before the Honorable Samuel Der−Yeghiayan: Counsel for Defendant City advised this Court's Courtroom Deputy that the parties have reached a settlement and that they are waiting for final signatures. Based on Defendant City's counsel's representations, status hearing reset to 07/31/08 at 9:00 a.m. Status hearing set for 06/18/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.