

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT POLICKY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 07 c 6556 ) |
| CITY OF CHICAGO, and UNKNOWN CHICAGO POLICE OFFICERS, | ) Judge Der Yeghiayan ) ) |
| Defendants. | ) |

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Eddie Robert Policky, by one of his attorneys, Thomas Peters, and defendant, City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Robert Policky, against defendant, City of Chicago, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Megan McGrath
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1020
Chicago, Illinois 60602
(312) 744-8369
Attorney No. 06288408

ENTER: _Samuel Der-Yeghiayan_
The Honorable Samuel Der-Yeghiayan
United States District Judge

DATED: 7/18/08